# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ROMMEL GRANT,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and, MCDONNELL DOUGLAS GROUP LIFE, DISABILITY & HEALTH BENEFITS PLAN,<br><br>Defendants. | Case No: 5:14-CV-00075 JGB(DTBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/9/2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE